

NUMBER 13-12-00731-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DANIEL GONZALEZ,                                       **Appellant,**

**v.**

ALLY FINANCIAL, INC. F/K/A
GMAC INC. D/B/A GMAC AND
BERT OGDEN CHEVROLET,
INC.,                                          **Appellees.**

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on January 9, 2013, and the parties were

ordered to mediation. This cause is now before the Court on the parties' joint motion to

dismiss the appeal with prejudice. The parties request that this Court dismiss this case

with prejudice to each party re-filing the same. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
6th day of June, 2013.